1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   RAUL GONZALES, JR., an individual,          Case No.: 1:18-cv-00345-LJO-JLT

12                 Plaintiff,
                                                 ORDER TO PLAINTIFF AND HIS ATTORNEY
13          v.                                   TO SHOW CAUSE WHY SANCTIONS SHOULD
                                                 NOT BE IMPOSED FOR FAILURE TO COMPLY
14   TRANS UNION, LLC, et al.,                    WITH THE COURT'S ORDERS

15                 Defendants.

16

17          At the scheduling conference, the Court set settlement conference and ordered the parties to

18   exchange settlement offers in advance.  (Doc. 13 at 6-7) The defense has now reported that the plaintiff

19   has failed to comply with this requirement. (Doc. 22 at 2) Therefore, the Court **ORDERS**:

20          1.      **No later than December 12, 2018**, the plaintiff and his lawyers **SHALL** show cause in

21   writing why sanctions should not be imposed for their failure to comply with the Court's order.

22   Alternatively, they may email a meaningful settlement demand to the defense and file a notice with the

23   Court that this has occurred.  If this occurs, the defendants **SHALL** respond with an acceptance or

24   meaningful counteroffer **no later than December 14, 2018** by email and file a notice that the response

25   has been provided.

26          If the plaintiff makes the offer and the defense responds, **no later than noon on December 17,**

27   **2018**, the parties **SHALL** jointly file a statement and lodge it to JLTOrders@caed.uscourts.gov,

28   indicating whether the settlement conference is likely to be productive.  The Court will decide based

                                                 1

upon this statement, whether the settlement conference will go forward;

     2.     If the settlement conference goes forward, Trans Union, LLC's representative may be available by telephone rather than attending the conference in person.

IT IS SO ORDERED.

Dated:  **December 10, 2018**        **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE