# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GONZALES, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00345-LJO-JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE<br>(Doc. 26) |

At the request of plaintiff's counsel, the Court held an informal telephone conference related to a discovery dispute. At the conference, it became clear that the attorneys have not yet exhausted their meet and confer obligations. However, there were a few matters addressed. Therefore, the Court **ORDERS**:

    1.    <u>**No later than December 12, 2018**</u>, the defendant was to have provided the plaintiff's counsel a privilege log;

    2.    <u>**No later than December 14, 2018**</u>, the defendant SHALL provide a draft protective order to plaintiff's counsel.

After the conference, the Court realized the plaintiff still has not lodged his settlement conference statement. In addition, counsel both confirmed that they believed in good faith that the settlement conference is likely to be productive and requested that it remain on calendar. Thus, the Court further **ORDERS**:

1. **No later than December 14, 2018**, the plaintiff **SHALL** lodge his settlement conference statement as set forth and required by the scheduling order (Doc. 13 at 6-8). The plaintiff **SHALL** attach all offers exchanged by the parties to his statement;

2. The settlement conference will remain on calendar and counsel are relieved from filing a joint statement as previously ordered on December 10, 2018 (Doc. 24).

IT IS SO ORDERED.

Dated: __**December 13, 2018**__  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE