# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GONZALES, JR., an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC, et al.,<br><br>       Defendants. | Case No.: 1:18-cv-00345-LJO-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 31) |

The plaintiff reports the parties have come to terms of settlement. (Doc. 31) He indicates he will seek dismissal of the action within 45 days. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 1, 2019;**
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated: **January 14, 2019**          **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE